Randall J. Sunshine (SBN 137363)
  rsunshine@linerlaw.com
Ted S. Ward (SBN 143810)
  tward@linerlaw.com
Edward A. Klein (SBN 145736)
  eklein@linerlaw.com
Kim Zeldin (SBN 135780)
  kzeldin@linerlaw.com
LINER GRODE STEIN YANKELEVITZ
SUNSHINE REGENSTREIF & TAYLOR LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024.3503
Telephone:  (310) 500-3500
Facsimile:  (310) 500-3501

Attorneys for Plaintiff
MYMEDICALRECORDS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MYMEDICALRECORDS, INC.,<br><br>         Plaintiff,<br><br>     vs.<br><br>WALGREEN CO.,<br><br>         Defendant. | Case No. CV 13-00631-ODW (SHx)<br><br>**JOINT STIPULATION TO ALLOW PLAINTIFF TO AMEND COMPLAINT AND TO MODIFY SCHEDULING ORDER**<br><br>The Hon. Otis D. Wright<br><br>Trial Date:        8/19/2014 |

Plaintiff MYMEDICALRECORDS, INC. a Delaware corporation ("MMR") and Defendant WALGREEN CO., an Illinois corporation ("Walgreens") by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, the parties timely met and submitted their Joint Rule 26(f) Report on July 1, 2013;

WHEREAS, at the time the parties submitted their Joint Rule 26(f) Report, the U.S. Patent and Trademark Office was considering but had not yet issued U.S. Patent No. 8,498,883 (the '883 Patent), entitled "Method for Providing a User with a Service for Accessing and Collecting Prescriptions" to MMR.

1   WHEREAS, the Court entered a Scheduling and Case Management Order on
2   July 2, 2013 (the "Scheduling Order") which sets forth September 30, 2013 as the
3   last day to amend the pleadings or add parties; and
4   WHEREAS, on July 30, 2013, the U.S. Patent and Trademark Office issued
5   the '883 Patent; and
6   WHEREAS, MMR desires to amend its complaint to include a new claim
7   based upon the recently issued '883 Patent as it would be in the interests of judicial
8   economy to include the '883 Patent in this lawsuit rather than file a separate lawsuit;
9   WHEREAS, Walgreens does not object to MMR's proposed amendment
10  provided the scheduling order is modified to account for the addition of a new
11  patent, especially since certain deadlines (e.g., due date for infringement
12  contentions) have already passed.
13  WHEREAS, the parties stipulate that MMR should be allowed to amend its
14  complaint to include a new claim related to the recently issued '883 Patent and that
15  the schedule of the case should be amended to account for the newly asserted patent.
16
17  THEREFORE, the parties through their undersigned counsel agree and
18  request as follows:
19  1.   that MMR be allowed to file its First Amended Complaint, which is
20  lodged concurrently with this stipulation; and
21  2.   that the Scheduling Order be modified as follows:
22

| Matter | Current Date | Proposed New Date |
|---|---|---|
| Trial at 9:00 a.m. | 08/19/14 | 11/04/14 |
| File Final Trial Exhibit Stipulation | 08/14/14 | 10/30/14 |
| Hearing on Motions in Limine at 2:30 p.m. | 08/11/14 | 10/27/14 |

28

41391.518-1058516v1.6                           2                    Case No. CV 13-00631-ODW (SHx)
JOINT STIPULATION ALLOWING PLAINTIFF TO AMEND COMPLAINT

| Matter | Current Date | Proposed New Date |
|---|---|---|
| Final Pretrial Conference at 2:30 p.m., Motions in Limine to be filed, and Proposed Voir Dire Questions & Agreed-to Statement of Case | 07/28/14 | 10/13/14 |
| Lodge Pretrial Conference Order & Pretrial Exhibit Stipulation, File Trial Briefs, File Contentions of Fact & Law, Exhibit & Witness Lists, File Status Report Regarding Settlement, File Agreed Upon Set of Instructions & Verdict Forms, File Joint Statement Regarding Disputed Instructions, Verdicts, etc. | 07/21/14 | 10/06/14 |
| Last Day for Hearing Motions | 06/30/14 | 09/15/14 |
| Last Day to Conduct Settlement Conference | 06/23/14 | 09/08/14 |
| Last Day to File Dispositive Motions | 06/02/14 | 08/18/14 |
| (All) Discovery Cut-Off | 05/19/14 | 07/24/14 |
| Exchange of Rebuttal Expert Witness Reports | 04/14/14 | 06/02/14 |
| Exchange of Opening Expert Witness reports by Party With Burden of Proof | 03/24/14 | 05/12/14 |
| Advice of Counsel (Patent L.R. 3-7) | 28 Days From Claim Construction Order | 28 Days from Claim Construction Order |
| Last Day for Claim Construction Hearing (Hearing must be noticed) (Patent L.R. 4-6) | 01/13/14 | 03/11/14 |

| Matter | Current Date | Proposed New Date |
|---|---|---|
| Claim Construction Reply Brief (Patentee)(Patent L.R. 4-5(c)) | 12/30/13 | 02/25/14 |
| Claim Construction Responsive Brief (Accused Infringer)(Patent L.R. 4-5(b)) | 12/23/13 | 02/18/14 |
| Claim Construction Opening Brief (Patentee)(Patent L.R. 4-5(a)) | 12/09/13 | 02/03/14 |
| Completion of Claim Construction Discovery (Patent L.R. 4-4) | 11/25/13 | 01/20/14 |
| Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3) | 10/28/13 | 12/23/13 |
| Simultaneous Exchange of Preliminary Claim Constructions and Extrinsic Evidence (Patent L.R. 4-2) | 10/07/13 | 12/02/13 |
| Last Day to Amend Pleadings and Add Parties | 09/30/13 | 10/30/13 |
| Simultaneous Exchange of Proposed Terms for Construction (Patent L.R. 4-1) | 09/16/13 | 11/11/13 |
| Invalidity Contentions and Document Production (Patent L.R. 3-3, 3-4) | 09/02/13 | 10/28/13 |

| Matter | Current Date | Proposed New Date |
|---|---|---|
| Disclosure of Asserted Claims and Infringement Contentions and Document Production (Patent L.R. 3-1, 3-2) | 07/22/13 | 09/20/13 |

Dated: September 10, 2013      LINER GRODE STEIN YANKELEVITZ
                                SUNSHINE REGENSTREIF & TAYLOR LLP


By:  ___*/s/ Ted S. Ward*___
     Ted S. Ward
     Attorneys for Plaintiff
     MYMEDICALRECORDS, INC.

Dated: September 10, 2013      WILLENKEN WILSON LOW & DELGADO LLP


By:  ___*/s/ William A. Delgado*___
     William A. Delgado
     Attorneys for Defendant WALGREEN CO.

## Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual and Rule 5-1(i)(3) of the United States District Court for the Northern District of California Local Rules, I hereby certify that the content of this document is acceptable to William A. Delgado, counsel for Defendant Walgreen Co., and that I have obtained Mr. Delgado's authorization to affix his electronic signature to this document.

Dated: September 10, 2013	LINER GRODE STEIN YANKELEVITZ
	SUNSHINE REGENSTREIF & TAYLOR LLP


	By:	*/s/ Ted S. Ward*
		Ted S. Ward
		Attorneys for Plaintiff
		MYMEDICALRECORDS, INC.