1  Randall J. Sunshine (SBN 137363)
       rsunshine@linerlaw.com
2  Ted S. Ward (SBN 143810)
       tward@linerlaw.com
3  Edward A. Klein (SBN 145736)
       eklein@linerlaw.com
4  Kim Zeldin (SBN 135780)
       kzeldin@linerlaw.com
5  LINER GRODE STEIN YANKELEVITZ
   SUNSHINE REGENSTREIF & TAYLOR LLP
6  1100 Glendon Avenue, 14th Floor
   Los Angeles, California 90024.3503
7  Telephone:   (310) 500-3500
   Facsimile:   (310) 500-3501
8
   Attorneys for Plaintiff
9  MYMEDICALRECORDS, INC.

**DENIED**
BY ORDER OF THE COURT
9-12-13-ODW

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| MYMEDICALRECORDS, INC., | Case No. CV 13-00631-ODW (SHx) |
|---|---|
| Plaintiff, | **ORDER DENYING JOINT STIPULATION TO ALLOW PLAINTIFF TO AMEND COMPLAINT AND TO MODIFY SCHEDULING ORDER** |
| vs. | |
| WALGREEN CO., | |
| Defendant. | The Hon. Otis D. Wright |
| | Trial Date:    8/19/2014 |

Based upon the Stipulation between Plaintiff MYMEDICALRECORDS, INC. ("MMR") and Defendant WALGREEN CO. ("Walgreen") and **GOOD CAUSE APPEARING:**

**IT IS HEREBY ORDERED THAT**:

1.  The First Amended Complaint For Patent Infringement by Plaintiff MMR shall be deemed filed as of September _____, 2013;

2.  The Scheduling Order is modified as follows:

41391.518-1059176v1.4                                                 Case No. CV 13-00631-ODW (SHx)

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO ALLOW PLAINTIFF TO AMEND COMPLAINT
AND TO MODIFY SCHEDULING ORDER

| Matter | Former Date | New Date |
|---|---|---|
| Trial at 9:00 a.m. | 08/19/14 | 11/04/14 |
| File Final Trial Exhibit Stipulation | 08/14/14 | 10/30/14 |
| Hearing on Motions in Limine at 2:30 p.m. | 08/11/14 | 10/27/14 |
| Final Pretrial Conference at 2:30 p.m., Motions in Limine to be filed, and Proposed Voir Dire Questions & Agreed-to Statement of Case | 07/28/14 | 10/13/14 |
| Lodge Pretrial Conference Order & Pretrial Exhibit Stipulation, File Trial Briefs, File Contentions of Fact & Law, Exhibit & Witness Lists, File Status Report Regarding Settlement, File Agreed Upon Set of Instructions & Verdict Forms, File Joint Statement Regarding Disputed Instructions, Verdicts, etc. | 07/21/14 | 10/06/14 |
| Last Day for Hearing Motions | 06/30/14 | 09/15/14 |
| Last Day to Conduct Settlement Conference | 06/23/14 | 09/08/14 |
| Last Day to File Dispositive Motions | 06/02/14 | 08/18/14 |
| (All) Discovery Cut-Off | 05/19/14 | 07/24/14 |
| Exchange of Rebuttal Expert Witness Reports | 04/14/14 | 06/02/14 |
| Exchange of Opening Expert Witness reports by Party With Burden of Proof | 03/24/14 | 05/12/14 |

| Matter | Former Date | New Date |
|---|---|---|
| Advice of Counsel (Patent L.R. 3-7) | 28 Days From Claim Construction Order | 28 Days from Claim Construction Order |
| Last Day for Claim Construction Hearing (Hearing must be noticed) (Patent L.R. 4-6) | 01/13/14 | 03/11/14 |
| Claim Construction Reply Brief (Patentee)(Patent L.R. 4-5(c)) | 12/30/13 | 02/25/14 |
| Claim Construction Responsive Brief (Accused Infringer)(Patent L.R. 4-5(b)) | 12/23/13 | 02/18/14 |
| Claim Construction Opening Brief (Patentee)(Patent L.R. 4-5(a)) | 12/09/13 | 02/03/14 |
| Completion of Claim Construction Discovery (Patent L.R. 4-4) | 11/25/13 | 01/20/14 |
| Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3) | 10/28/13 | 12/23/13 |
| Simultaneous Exchange of Preliminary Claim Constructions and Extrinsic Evidence (Patent L.R. 4-2) | 10/07/13 | 12/02/13 |
| Last Day to Amend Pleadings and Add Parties | 09/30/13 | 10/30/13 |
| Simultaneous Exchange of Proposed Terms for Construction (Patent L.R. 4-1) | 09/16/13 | 11/11/13 |
| Invalidity Contentions and Document Production (Patent L.R. 3-3, 3-4) | 09/02/13 | 10/28/13 |

| Matter | Former Date | New Date |
|---|---|---|
| Disclosure of Asserted Claims and Infringement Contentions and Document Production (Patent L.R. 3-1, 3-2) | 07/22/13 | 09/20/13 |

DATED: September 12, 2013

<span style="color:red">**DENIED**</span>
BY ORDER OF THE COURT
_____
**The Honorable Otis D. Wright II
United States District Judge**