Randall J. Sunshine (SBN 137363)
    rsunshine@linerlaw.com
Ted S. Ward (SBN 143810)
    tward@linerlaw.com
Edward A. Klein (SBN 145736)
    eklein@linerlaw.com
Kim Zeldin (SBN 135780)
    kzeldin@linerlaw.com
LINER GRODE STEIN YANKELEVITZ
SUNSHINE REGENSTREIF & TAYLOR LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024.3503
Telephone:  (310) 500-3500
Facsimile:  (310) 500-3501

Attorneys for Plaintiff
MYMEDICALRECORDS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MYMEDICALRECORDS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WALGREEN CO., <br><br> Defendant. | Case No. CV 13-00631-ODW (SHx) <br><br> [PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER <br><br> The Hon. Otis D. Wright <br><br> Trial Date:    8/19/2014 |

Based upon the Stipulation between Plaintiff MYMEDICALRECORDS, INC. ("MMR") and Defendant WALGREEN CO. ("Walgreen") and **GOOD CAUSE APPEARING:**

**IT IS HEREBY ORDERED THAT**:

1.   The Stipulated Protective Order is granted.

DATED: ___October 28_____, 2013

_____
Hon. Otis D. Wright, II
United States District Court Judge

41391.518-1073013v1.0                                         Case No. CV 13-00631-ODW (SHx)

[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER