# United States District Court
# Central District of California

| | |
|---|---|
| MYMEDICALRECORDS, INC., <br>                     Plaintiff, <br>         v. <br> WALGREEN CO., <br>                     Defendant. | Case No. 2:13-cv-00631-ODW (SHx) <br><br> **ORDER TO SHOW CAUSE RE. SETTLEMENT** |

In light of the Notice of Settlement filed on February 28, 2014 (ECF No. 52), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing no later than **Monday, March 31, 2014**, why settlement has not been finalized. No hearing will be held in this matter. All other dates are **VACATED** and taken off calendar *in this MyMedicalRecords case only*. This Order to Show Cause will be vacated upon the filing of a stipulation to dismiss and proposed order of dismissal.

**IT IS SO ORDERED.**

March 3, 2014

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**